UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 24-cv-07275-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Ronald Lee Canada has not responded to the Clerk's Notice to file a complaint on this Court's form. (Dkt. No. 2.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Canada may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a complaint that appears on this Court's form.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 11, 2024

_____
WILLIAM H. ORRICK
United States District Judge